**DISMISS and Opinion Filed May 19, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00385-CV

## IN RE BRADLEY HUBBARD, M.D.
## AND DALLAS PLASTIC SURGERY INSTITUTE, Relators

**Original Proceeding from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-19-03134-B**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

Relators' April 27, 2023 petition for writ of mandamus challenges the trial court's failure to rule on their second motion for leave to designate a testifying expert. Before the Court is relators' May 12, 2023 unopposed motion to dismiss this original proceeding. In their motion, relators state that this original proceeding is moot because the trial court has ruled on the pending motion.

Accordingly, we grant the motion, and we dismiss this original proceeding.

We also deny as moot relators' April 27, 2023 motion for temporary stay.

230385f.p05

<u>/Robbie Partida-Kipness//</u>
ROBBIE PARTIDA-KIPNESS
JUSTICE